UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 22-2276

IN RE: STEVEN ALLEN SCHWARTZ,
                 Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 2-03-cr-00035-001)

SUR PETITION FOR REHEARING

Present: AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, and FUENTES[*], *Circuit Judges*

    The petition for rehearing filed by Petitioner in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                          BY THE COURT,

                                          s/Joseph A. Greenaway, Jr.
                                          Circuit Judge

Dated: November 30, 2022

---

[*] Judge Fuentes's vote is limited to panel rehearing only.

Tmm/cc: Steven Allan Schwartz
Mary E. Crawley, Esq